| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Lungstrum, John W. | 2. Court or Organization<br><br>USDC, District of Kansas | 3. Date of Report<br><br>04/28/2011 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge (Active - Senior on 11/02/2010) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2010<br>to<br>12/31/2010 |
| **7. Chambers or Office Address**<br><br>517 U.S. Courthouse<br>500 State Avenue<br>Kansas City, KS 66101 | **8.** On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Visiting Professor from the Judiciary | University of Kansas School of Law (as approved by Chief Judge of my Circuit) |
| 2. | Director and officer | Westward Ho, Inc. (corporation which owns residential property for personal use) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

Lungstrum, John W.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | University of Kansas income for approved teaching | $3,499.97 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *– transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 05/21/2010 - 05/26/2010 | Washington, D.C. | Board of Directors Meeting and Quadrennial | Travel Expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morgan Stanley Liquid Asset Fund (Money Mkt) | A | Dividend | K | T | Deps. & W/ds | | | | |
| 2. Tucson AZ Wtr Dist. (Bond) | A | Interest | K | T | | | | | |
| 3. College Station TX School District (Bond) | A | Interest | K | T | | | | | |
| 4. Johnson Cty, KS Water Dist | A | Interest | K | T | | | | | |
| 5. Eaton Vance Tax MGD Growth Fund (Mutual Fund) | A | Dividend | K | T | | | | | |
| 6. Peoples Bank (CD) | A | Interest | J | T | Buy | 12/11/10 | J | | |
| 7. Lawrence KS GO (Bond) | A | Interest | J | T | | | | | |
| 8. Johnson Co Wtr Dist (Bond) | B | Interest | K | T | | | | | |
| 9. Derby GO (Bond) | B | Interest | K | T | | | | | |
| 10. Kansas St Dev U (Bond) | A | Interest | K | T | | | | | |
| 11. Johnson Co Pk & Rec (Bond) | A | Interest | J | T | | | | | |
| 12. Coffeyville Electric Utility (Bond) | A | Interest | J | T | | | | | |
| 13. Johnson Co Wtr Dist (Bond) | A | Interest | J | T | | | | | |
| 14. Cowley county USD (Bond) | A | Interest | | | Sold | 10/01/10 | J | A | |
| 15. EV Kansas Municipals (Mutual fund | B | Interest | L | T | | | | | |
| 16. IRA | E | Interest | O | T | | | | | |
| 17. -MSDW Liq. Asset (Money market fund) | | | | | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Select Future Fund (Mutual Fund) | | | | | | | | | |
| 19. -MSDW Real Estate Fund (Mutual Fund) | | | | | Sold (part) | 04/20/10 | J | A | |
| 20. -MSDW Real Estate Fund (Mutual Fund) | | | | | Sold (part) | 07/19/10 | J | A | |
| 21. -MSDW Real Estate Fund (Mutual Fund) | | | | | Sold (part) | 10/20/10 | J | A | |
| 22. -MSIF Small Cap Value Instl (Mutual Fund) | | | | | | | | | |
| 23. -Sempra Energy (Bond) | | | | | Sold | 03/01/10 | J | A | |
| 24. -General Motors Acceptance Corp. (Bond) | | | | | | | | | |
| 25. -May Dept. Stores Co. (Note) | | | | | | | | | |
| 26. -Lord Abbott Bond Deb C (Mutual Fund) | | | | | | | | | |
| 27. -Invesco Commodities Strat A (Mutual Fund) | | | | | Buy | 02/01/10 | J | | |
| 28. -SBC Communications Inc. (Bond) | | | | | | | | | |
| 29. -Oppenheimer Int'l Bond FD (Mutual Fund) | | | | | | | | | |
| 30. -MS Natural Resource (Mutual Fund) | | | | | | | | | |
| 31. -MS Charter Graham (Mutual Fund) | | | | | | | | | |
| 32. -MS Charter Aspect L (Mutual Fund) | | | | | | | | | |
| 33. -MS Spectrum Tech (Mutual Fund) | | | | | | | | | |
| 34. -MS Emerging Mkts Domestic Debt (Mutual Fund) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/28/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Van KMPN Dynamic CR OPP Fund (Mutual Fund) | | | | | | | | | |
| 36. -H&Q Healthcare Fd (Mutual Fund) | | | | | | | | | |
| 37. -Blackrock US Opportunities (Mutual Fund) | | | | | | | | | |
| 38. -Blackrock Equity Div (Mutual Fund) | | | | | | | | | |
| 39. -EV Large Cap Value A (Mutual Fund) | | | | | | | | | |
| 40. -Henderson Int'l Opportunities (Mutual Fund) | | | | | | | | | |
| 41. -Ivy Large Cap Grw A (Mutual Fund) | | | | | | | | | |
| 42. -Jennison Nat'l Resources A (Mutual Fund | | | | | | | | | |
| 43. -Lazard Emerging Markets Open (Mutual Fund) | | | | | | | | | |
| 44. -Nuveen Tradewinds Val Opp. A (Mutual Fund | | | | | | | | | |
| 45. -Oppenheimer Gold & Spec Min A (Mutual Fund) | | | | | | | | | |
| 46. -Thornburg Int'l Value A (Mutual Fund) | | | | | | | | | |
| 47. -Van Kampen Small Cap Growth A (Mutual Fund) | | | | | | | | | |
| 48. -Mainstay Large Cap Growth A(Mutual Fund) | | | | | | | | | |
| 49. -Tortoise MLP (Mutual Fund) | | | | | Buy | 07/27/10 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B I and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lungstrum, John W. | 04/28/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

I have treated reinvestment programs as exempt because they merely represent a change in the form of the asset.

With regard to Line 1, I have not provided dates and value codes because the transactions are numerous, usually small and are the equivalent of bank deposits and withdrawals.

With regard to the IRA (line 16), I have only shown interest in Column B(2) because the computer program would permit listing only one type. However, dividends and capital gains were also realized by the IRA.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John W. Lungstrum**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544